IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CINDY C. SIMPSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. CIV-23-249-SM |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff Cindy Simpson filed this action seeking judicial review of the Commissioner of Social Security's denial of benefits (Doc. No. 1) and requesting to proceed *in forma pauperis*. (Doc. No. 2). Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for review. On March 28, 2023, Judge Mitchell issued a Report and Recommendation (Doc. No. 3) recommending that the Court deny Plaintiff's *in forma pauperis* application and dismiss this action without prejudice unless Plaintiff pays the full filing fee within twenty-one days of any order adopting the Report and Recommendation in accordance with Local Civil Rule 3.3(e).

Plaintiff has not filed a timely objection to the Report and Recommendation and has not sought an extension of time in which to object. Accordingly, the Report and Recommendation (Doc. No. 3) is hereby ADOPTED IN ITS ENTIRETY. Plaintiff's application to proceed *in forma pauperis* is DENIED. Plaintiff shall have twenty-one (21) days from the entry of this Order to pay the full filing fee of $402.00.

**IT IS SO ORDERED** this 21st day of April 2023.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE